# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Michelle Anderson            CHAPTER 13
       Michelle N. Anderson

          Debtor(s)            BKY. NO. 20-14273 MDC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of CONVENTIONAL/ FHA/VA/RHS: Nationstar Mortgage LLCNationstar Mortgage LLC and index same on the master mailing list.

                                                          Respectfully submitted,



Mark Cronin
19 Oct 2023, 10:44:41, EDT

                  KML Law Group, P.C.
                  701 Market Street, Suite 5000
                  Philadelphia, PA 19106-1532
                  (215) 627-1322

Document ID: fdefc7f6a991c463b0f1de5d4bf9d80445e72b42e6c8efe663195847b8678dec