**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Michelle N. Anderson                      CHAPTER 13

                     Debtor(s)                      BKY. NO. 20-14273 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of Nationstar Mortgage LLC and index same on the master mailing list.

                                                   Respectfully submitted,

                                                   /s/Mark A. Cronin
                                                   Mark A. Cronin, Esquire
                                                   KML Law Group, P.C.
                                                  701 Market Street, Suite 5000
                                                  Philadelphia, PA 19106-1532
                                                  (215) 627-1322