Certificate Number: 12433-PAE-DE-035114205

Bankruptcy Case Number: 20-14273



12433-PAE-DE-035114205

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 23, 2020</u>, at <u>2:03</u> o'clock <u>PM EST</u>, <u>Michelle N. Anderson</u> completed a course on personal financial management given <u>by internet</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>November 23, 2020</u>          By:   <u>/s/Lance Brechbill</u>

Name:   <u>Lance Brechbill</u>

Title:   <u>Teacher</u>